*John M. Catlin and others* v. *Benjamin W. Valentine.* D. P. HALL and H. P. EDWARDS, for complainants; GEORGE WILSON, for defendant. Appeal from an order of the vice <span style="float:right">Nuisance.</span>

chancellor of the first circuit denying the defendant's application to dissolve an injunction. Decided that, to constitute a nuisance, it is not necessary that the noxious trade or business should endanger the health of the neighborhood. That it is sufficient if it produces that which is offensive to the senses, and renders the enjoyment of life and property uncomfortable.

Order appealed from affirmed with costs.